**COMMERCIAL REALTY ASSO- CIATES LIMITED PART- NERSHIP, Appellant,**

v.

**CITIZENS NATIONAL BANK, et al., Respondents.**

**No. ED 93408.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 24, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 7, 2010.

Application for Transfer Denied Nov. 16, 2010.

Steven M. Hamburg, Michael J. Payne, Clayton, MO, for Appellant.

Paul F. Devine, Maryland Heights, MO, Alan J. Steinberg, Saint Louis, MO, for Respondent.

Before ROY L. RICHTER, C.J., GLENN A. NORTON and GEORGE W. DRAPER, III, JJ.

## ORDER

PER CURIAM.

Commercial Realty Associates Limited Partnership appeals the grant of summary judgment in favor of Citizens National Bank, Mapleview Holdings, Inc., and John and Constance Cournoyer (collectively referred to as "defendants"). We find that the trial court did not err in granting summary judgment in favor of defendants.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).